UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAMSON COUNTY BOARD OF EDUCATION, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | No. 3:07-0826 |
| v. | ) ) | Judge Echols |
| C.K., as parent and next friend of C., a minor child, | ) ) ) ) | |
| Defendant/Counter-Plaintiff.[1] | ) | |

### ORDER

In accordance with the Memorandum entered contemporaneously herewith,

(1) Williamson County Board of Education's Motion to Stay (Docket Entry No. 1, Ex. A) is hereby DENIED.

(2) Defendant's Motion for a Preliminary Injunction (Docket Entry No. 7) is hereby GRANTED as follows:

>   (a) Williamson County Board of Education, and its officers, agents, servants, employees, attorneys and those persons in active concert or participation with them who receive actual notice of this Order by

---

[1] Williamson County Board of Education ("the Board") initially filed this action in the Chancery Court for Williamson County appealing the decision of the Administrative Law Judge ("ALJ") entered on June 15, 2007, following a due process hearing. In the state court pleadings, the Board referred to itself as the "Appellant" and C.K. as the "Appellee." C.K. removed the action to this Court pursuant to 28 U.S.C. § 1441(a) and in his pleadings refers to himself as "Defendant/Petitioner" and "Williamson County Schools" as "Plaintiff/Respondent."

The Court finds that the caption should appear as stated in this Order and the parties are hereby directed to utilize this caption in all further pleadings. The Clerk is hereby DIRECTED to amend the docket sheet to reflect the caption and the alignment of the parties as stated in this Order.

personal service or otherwise are hereby preliminarily enjoined during the course of this action from refusing to implement the decision of the Administrative Law Judge (ALJ) entered on June 15, 2007;

(b) Williamson County Board of Education shall implement C.'s current educational placement as set forth in the June 15, 2007 decision of the ALJ, within ten (10) days after entry of this Order;

(c) This Order shall remain in full force and effect until a trial on the merits or further Order of this Court; and

(d) No security shall be required under Federal Rule of Civil Procedure 65(c).

(3) This case is hereby returned to the Magistrate Judge for further case management proceedings.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE