UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAMSON COUNTY BOARD OF EDUCATION, ) ) ) | |
| Plaintiff/Counter-Defendant, ) ) | No. 3:07-0826 |
| v. ) ) | Judge Echols |
| C.K., as parent and next friend of C., a minor child, ) ) ) | |
| Defendant/Counter-Plaintiff. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiff Williamson County Board of Education's Motion For Leave To File Sur-Reply (Docket Entry No. 69) is hereby GRANTED. The Clerk is hereby directed to file the Sur-Reply attached to the motion (Docket Entry No. 69-1) and give it a separate docket entry number.

(2) The Application Of The Defendant/Counter-Plaintiff For Attorneys' Fees And Costs (Docket Entry No. 61) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED IN PART because the Court finds that Defendant/Counter-Plaintiff C.K. is the prevailing party and he is entitled to a reasonable attorney's fee award; however, the Motion is DENIED IN PART because the Court finds that the attorney's fee award should be smaller than the amount requested. Accordingly, pursuant to 20 U.S.C. § 1415(i)(3)(B), the Williamson County Board of Education shall pay C.K. attorney's fees for Marcella G. Derryberry in the amount of $106,973.06 and for Jack W. Derryberry, Jr., in the amount of $23,398.84, for a grand total of

1

$130,371.90 in attorney's fees.  Costs are awarded pursuant to 28 U.S.C. § 1920 in the amount of $6,487.28.

    It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE